**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 25-14065-CR-CANNON**

**UNITED STATES OF AMERICA**,

　　　Plaintiff,

v.

**JUNEEM JERMAIN BARNES,**

　　　Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Shaniek Mills Maynard following Change of Plea Hearing [ECF No. 47].  On May 11, 2026, Magistrate Judge Mills Maynard held a Change of Plea hearing [ECF No. 42] during which Defendant pled guilty to Counts 1, 2, and 3 of the Superseding Information [ECF No. 40] pursuant to a stipulated factual basis [ECF No. 26] and a plea agreement [ECF No. 45]. Magistrate Judge Mills Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts 1, 2, and 3, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offenses [ECF No. 40].  No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 47] is **ACCEPTED**.

2. The guilty plea entered by Defendant **Juneem Jermain Barnes** as to Counts 1, 2, and 3 of the Superseding Information is **ACCEPTED**.

CASE NO. 25-14065-CR-CANNON

3.  Defendant **Juneem Jermain Barnes** is adjudicated guilty of Counts 1, 2, and 3 of the Superseding Information [ECF No. 40].  Count 1 charges Defendant with attempted possession with intent to distribute 400 grams or more of a mixture or substance containing fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi) and 846. Count 2 charges Defendant with possession with intent to distribute 40 grams or more of a mixture or substance containing fentanyl, in violation of 21 U.S.C. § 841(a)(1), and 841(b)(1)(B)(vi) and less than 50 kilograms of marijuana, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(D).  Count 3 charges Defendant with possession of a firearm in furtherance of a drug trafficking offense, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

**ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of March 2026.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record